**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert J. Stec                             CHAPTER 13
         Cheryl A. Stec

                   Debtor(s)                        BKY. NO. 17-11414 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                           Respectfully submitted,

                                         /s/ *Rebecca Solarz*
                                           Rebecca Solarz
                                           03 Dec 2020, 16:33:29, EST

                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322