Certificate Number: 05781-PAE-DE-036384041

Bankruptcy Case Number: 17-11414



05781-PAE-DE-036384041

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 8, 2022, at 7:37 o'clock PM PST, Robert Stec completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 8, 2022           By:    /s/Allison M Geving

                               Name:  Allison M Geving

                               Title: President