United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert J Stec  
Cheryl A Stec  
    Debtors

Case No. 17-11414-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 10, 2022      Form ID: 138OBJ      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert J Stec, Cheryl A Stec, 68 Crown Road, Levittown, PA 19057-1729 |
| 13984718 | | BANK OF AMERICA, N.A., P.O. BOX 31785, TAMPA, FL 33631-3785, Last four digits of Acct#: 6306 |
| 14566892 | + | BANK OF AMERICA, N.A., C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13949282 | | BANK OF AMERICA, N.A., c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 13874669 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 13909334 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 13874673 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage Ll, 350 Highland Dr, Lewisville, TX 75067 |
| 13896060 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 14037202 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 10 2022 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 10 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 10 2022 23:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14126126 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 10 2022 23:50:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 13948302 | + | Email/Text: bankruptcy@cavps.com | Mar 10 2022 23:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13874667 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2022 23:50:00 | Comenity Bank/cathrins, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13874670 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2022 23:49:27 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 13946488 | | Email/Text: bnc-quantum@quantum3group.com | Mar 10 2022 23:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13874668 | + | Email/PDF: pa_dc_ed@navient.com | Mar 10 2022 23:49:23 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 13882586 | | Email/Text: EBNBKNOT@ford.com | Mar 10 2022 23:50:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962-4400 |

Case 17-11414-mdc   Doc 76   Filed 03/12/22   Entered 03/13/22 00:27:36   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 10, 2022 | Form ID: 138OBJ | Total Noticed: 39 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 13874671 | + | Email/Text: EBNBKNOT@ford.com | Mar 10 2022 23:50:00 | Frd Motor Cr, Po Box Box 542000, Omaha, NE 68154-8000 |
| 13874672 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 10 2022 23:50:00 | Hyundai Capital Americ, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2558 |
| 13948805 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 10 2022 23:50:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 13874666 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2022 23:49:27 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13929571 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 10 2022 23:50:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13909334 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 10 2022 23:50:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 13874673 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 10 2022 23:50:00 | Nationstar Mortgage Ll, 350 Highland Dr, Lewisville, TX 75067 |
| 13874674 | + | Email/PDF: pa_dc_claims@navient.com | Mar 10 2022 23:49:27 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 13874675 | + | Email/PDF: pa_dc_claims@navient.com | Mar 10 2022 23:49:27 | Navient Solutions Inc, 11100 Usa Pkwy, Fishers, IN 46037-9203 |
| 13946295 | | Email/PDF: pa_dc_ed@navient.com | Mar 10 2022 23:49:18 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13949552 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2022 23:49:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13875668 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 10 2022 23:49:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13932976 | | Email/Text: bnc-quantum@quantum3group.com | Mar 10 2022 23:50:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13874676 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2022 23:49:27 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 13874677 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:27 | Syncb/hh Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 13874678 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:27 | Syncb/jc Penney Dc, Po Box 965007, Orlando, FL 32896-5007 |
| 13874679 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:27 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 13874680 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:19 | Syncb/qvc, Po Box 965018, Orlando, FL 32896-5018 |
| 13874681 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:23 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 13874682 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:27 | Syncb/toysrusdc, Po Box 965005, Orlando, FL 32896-5005 |
| 13874683 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2022 23:49:19 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13931072 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2022 23:49:27 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 32

## BYPASSED RECIPIENTS

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 10, 2022 | Form ID: 138OBJ | Total Noticed: 39 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2022        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HOWARD GERSHMAN | on behalf of Creditor CAB East LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JODI L. HAUSE | on behalf of Creditor Bank of America NA jodi.hause@phelanhallinan.com, paeb@fedphe.com |
| JOHN M. KENNEY | on behalf of Debtor Robert J Stec jken330@comcast.net Kathy@jkenneylaw.com |
| JOHN M. KENNEY | on behalf of Joint Debtor Cheryl A Stec jken330@comcast.net Kathy@jkenneylaw.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor Bank of America NA paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com |
| MARIO J. HANYON | on behalf of Creditor Bank of America NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bank of America NA bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Bank of America NA tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Robert J Stec and Cheryl A Stec
      Debtor(s)

Case No: 17−11414−mdc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/10/22

75 − 68
Form 138OBJ