IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ROBERT J. STEC | : Case No. 17-11414-mdc |
| CHERYL A. STEC | : Chapter 13 |

## CERTIFICATION OF NO RESPONSE

I, John M. Kenney, Esquire, attorney for Debtors, Robert J. Stec and Cheryl A. Stec, hereby certify that as of this 21st day of March, 2022, there has been no response or answer regarding the Application for Compensation dated and served February 25, 2022. It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Magdeline D. Coleman as UNCONTESTED.

I certify under penalty that the foregoing is true and correct.

Date: March 21, 2022                    s/ John M. Kenney
**John M. Kenney, Esquire**
308 N. Oxford Valley Road
Fairless Hills, PA  19030
(215)547-3031